### MURPHY v NIEHUS

Ohio Appeals, 1st Dist, Hamilton Co

Decided Feb 11, 1935

Ragland, Dixon & Murphy, Cincinnati, for plaintiffs in error.

W. Donald Hall, Cincinnati, and Chas. E. Dornette, Cincinnati, for defendants in error.

For full opinion see 50 Oh Ap 299.